UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D2    CORY JUSTIN MANN,

    Defendant.

Case No. 20-cr-20599
Hon. Matthew F. Leitman
Mag. Judge Curtis Ivy, Jr.

## ORDER ON *EX PARTE* MOTION SEEKING APPROVAL TO SERVE RULE 17 SUBPOENAS

Defendant Cory Justin Mann ("Defendant") having filed an *Ex Parte* Motion Seeking Approval to Serve Rule 17 Subpoenas (the "Motion") pursuant to Federal Rule of Criminal Procedure 17 and Local Rule 17.1(b), and the Court having considered the Motion and its Exhibit, and being otherwise fully advised in the premises thereof:

**IT IS HEREBY ORDERED** that the Motion is Granted.

**IT IS FURTHER ORDERED** that Defendant may serve the Subpoenas attached as Exhibit 1 to the Motion on the entities identified therein.

**IT IS FURTHER ORDERED** that, in the event a Subpoena needs to be re-served on an entity because there was an error in the address or that entity has directed that the subpoena be served via fax or email, or that the entity has requested

more time to comply with the subpoena or clarification as to the subpoena's terms, defense counsel has Court approval to address such non-substantive matters that may arise in the administration of the Subpoenas.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764