UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 20-CR-20599
    Hon. Matthew F. Leitman

D-2 CORY JUSTIN MANN,

    Defendant.
_____/

# ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE (ECF No. 112)

On December 16, 2020, Defendant Cory Justin Mann was indicted on the following: (1) one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; and (2) two counts of aiding and assisting in the preparation of a false return, in violation of 26 U.S.C. § 7206(2). (*See* Indictment, ECF No. 1.[1]) Mann was subsequently released on bond on December 21, 2020. (*See* Appearance Bond, ECF No. 25.) That day, the Court entered an order in which it imposed certain conditions on Mann's release (the "Release Order"). (*See* Order, ECF No. 24.) One of these conditions was that his travel was to be "restricted to [the] State of Michigan unless [he had] the previous consent of the pretrial services office, supervising officer[,] or the court." (*See* Order, ECF No. 24, PageID.605.)

---

[1] On December 1, 2021, a Superseding Indictment indicted Mann on the same three counts. (*See* Superseding Indictment, ECF No. 81.)

Mann has now moved to amend this condition of his release. (*See* Mot., ECF No. 112.) He requests that this Court modify the Release Order to permit Mann "to travel freely within the continental United States without the need to seek prior approval from the Pretrial Services department." (*Id.*, PageID.1485.) Neither the government nor pretrial services have objected to Mann's request. (*See* Mot., ECF No. 112-1.)

Accordingly, the Court **GRANTS** Mann's motion to amend the Release Order (ECF No. 112). The Release Order (ECF No. 24) is thus **AMENDED** to reflect that Mann may travel within the continent United States without prior approval of the pretrial services office, the supervising officer, or this Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126