UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D2, CORY JUSTIN MANN,<br><br>　　　　Defendant. | Case No. 20-cr-20599-2<br>Hon. Matthew F. Leitman |

**ORDER MODIFYING DEFENDANT CORY J. MANN'S BOND CONDITIONS AND RESOVING GOVERNMENT'S MOTION TO REVOKE BOND (ECF No. 131)**

This matter having come before the Court on the Government's Motion and Memorandum in Support to Revoke Defendant's Bond (the "Motion") (ECF No. 131), and Defendant Cory J. Mann ("Defendant") having filed his Response to Government's Motion and Memorandum in Support to Revoke Defendant's Bond (the "Response")(ECF No. 136), and having heard oral argument regarding this matter on July 26, 2022, and the Court being otherwise fully advised in the premise thereof, IT IS HEREBY ORDERED AS FOLLOWS:

As stated on the record on July 26, 2022, and based upon the agreement of the parties, Defendant's bond conditions shall be modified to include that he shall deliver to his counsel of record all checks he receives in the name of "Gravity

Imaging, LLC" and his counsel shall hold such checks until the outcome of this case. While this bond condition is implemented, if Defendant receives a check(s) in the name of Gravity Imaging, LLC in excess of $1,000 ("Large Checks"), then he shall have the ability to request further modification of his bond conditions in order to negotiate the Large Checks, with the appropriate protections being in place.

Defendant's bond shall not be revoked nor modified in any other manner.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126