UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 20-cr-20599-2
Hon. Matthew F. Leitman

D2, CORY JUSTIN MANN,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S REPLY BRIEF (ECF No. 144)

On July 12, 2022, Defendant Corey Justin Mann filed a motion to strike a reply brief that the Government filed in further support of its motion to revoke Mann's bond. (*See* Mann Mot., ECF No. 144.)  The motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126