UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D2, CORY JUSTIN MANN,

      Defendants.

Case No. 20-cr-20599-2
Hon. Matthew F. Leitman

## ORDER ON MOTION TO OBTAIN
## PASSPORT AND TRAVEL OUTSIDE OF THE UNITED STATES

Upon oral Motion made by defense counsel for Defendant Cory J. Mann ("Mr. Mann") during a hearing held on May 9, 2023, a request was made to permit Mr. Mann to travel outside the United States and have his passport returned by Pretrial Services; for reasons that were made clear on the record, and the Court being otherwise fully advised in the premise thereof:

**IT IS HEREBY ORDERED** that Mr. Mann's request is granted;

**IT IS FURTHER ORDERED** that Pretrial Services shall return Mr. Mann's passport to him for the purpose of being able to renew it and travel abroad;

1

**IT IS FURTHER ORDERED** that Mr. Mann's bond conditions in Case Nos. 20-20599 and 22-20188 shall be modified to allow for travel outside of the United States, but he must first submit his travel itinerary to Pretrial Services.

**IT IS SO ORDERED**.

Date: 7-19-23

MATTHEW F. LEITMAN
U.S. District Court Judge