UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2  CORY JUSTIN MANN,
D-4  MICHAEL DANESHVAR, and
D-6  BRENT FAROUK SITTO,

    Defendants.

Case No. 4:20-CR-20599
Hon. Matthew F. Leitman

_____/

## ORDER OF DISMISSAL OF COUNT ONE OF INDICTMENT AS TO DEFENDANTS CORY JUSTIN MANN, AND MICHAEL DANESHVAR, BRENT FAROUK SITTO

The Government having filed a motion (ECF No. 485), pursuant to Fed. R. Crim. P. 48(a), to dismiss, with prejudice, Defendant Cory Justin Mann, Defendant Michael Daneshvar, and Defendant Brent Farouk Sitto, from the charge alleged in Count One of the Third Superseding Indictment (ECF No. 441, the "indictment"), specifically conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that Count 1 of the indictment is dismissed with prejudice as to Defendants Cory Justin Mann, Michael Daneshvar, and Brent Farouk Sitto.

**IT IS FURTHER ORDERED** that bond for Defendants Sitto and Daneshvar is cancelled

**IT IS FURTHER ORDERED** that bond for Defendant Mann shall continue on the same terms and conditions.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 10, 2023

Approved as to Form
and Substance:

/s/ Mark McDonald
Mark McDonald (VA 72198)
Christopher P. O'Donnell (MA 64394)
Trial Attorneys - DOJ Tax
150 M Street, NE, Rm 1.1405
Washington, D.C. 20002
(202) 305-672
mark.s.mcdonald@usdoj.gov

/s/ Eric M. Nemeth
Eric M. Nemeth, Esq. (MI P24925)
William L. Thompson, Esq. (MI P80123)
*Counsel for Defendant Cory Justin Mann*
Varnum LLP
480 Pierce St., Suite 300
Birmingham, Michigan 48009
(313) 481-7330
emnemeth@varnumlaw.com

/s/ Robert S. Harrison
Robert S. Harrison, Esq. (MI P14691)
*Counsel for Defendant Michael Daneshvar*
Robert Harrison Assoc.
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
(248) 283-1600
rsh@harrisonplc.com

/s/ Steven A. Haney, Sr.
Steven A. Haney, Sr. (MI P63947)
*Counsel for Defendant Brent Sitto*
Haney Law Group, PLLC
22815 Kelly Road
Eastpointe, Michigan 48021
(248) 414-1470
steve@haneygroup.net

/s/ Walter J. Piszczatowski
Walter J. Piszczatowski, Esq. (MI P27158)
*Counsel for Defendant Brent Sitto*
Hertz, Schram
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
wallyp@hertzschram.com